

Karen E. Keller
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

January 10, 2020

**BY CM/ECF & HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    *AgroFresh Inc. v. Hazel Technologies, Inc. et al.*,
            C.A. No. 18-1486-MN

Dear Judge Noreika:

    Defendant Hazel Technologies, Inc. submits two copies of the enclosed claim construction technology tutorial DVD and two hard copies of the tutorial pursuant to the Court's scheduling order (D.I. 57).

                                  Respectfully submitted,

                                    */s/ Karen E. Keller*

                                  Karen E. Keller (No. 4489)

Enclosures

cc:    Clerk of the Court (by hand delivery)
        All counsel of record (by email)