# BARNES & THORNBURG LLP

Chad S.C. Stover.
(302) 300-3474
Email: chad.stover@btlaw.com

1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
(302) 300-3434
Fax (302) 300-3456

January 10, 2020

**VIA CM/ECF and HAND DELIVERY**
The Honorable Maryellen Noreika
United State District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3570

    Re:    *AgroFresh Inc. v. v. Hazel Technologies, Inc., et al.,* C.A. No. 18-1486-MN

Dear Judge Noreika:

The parties jointly inform the Court that neither side requests leave to present live testimony at the *Markman* hearing scheduled for 9 a.m. on January 27, 2020.

AgroFresh requests a total of one hour for the hearing, with 30 minutes allocated to each side, given that there are only three issues to be argued.

Defendants request one hour to adequately present their evidence and argument on the three claim terms in dispute, as well as to answer any questions the Court may have. Defendants of course would agree that AgroFresh may have equal time, if it so desires.

                                              Respectfully submitted,

                                              Chad S.C. Stover (DE Bar No. 4919)

cc: Counsel of Record (via CM/ECF)