# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGROFRESH INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1486-MN |
| | ) |
| HAZEL TECHNOLOGIES, INC., and | ) |
| DECCO US POST-HARVEST, INC. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff AgroFresh Inc. and Defendant Hazel Technologies, Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby move to dismiss **with prejudice** this action, with each party to the action to bear its own costs, expenses, and attorneys' fees. Defendant Decco US Post-Harvest, Inc. has indicated that it "will oppose on the limited ground that D.I. 189 [Cross-Use Stipulation and Order Between Hazel and AgroFresh] should be vacated before dismissal." *See* Ex. A, attached.

| | |
|---|---|
| /s/ Chad S.C. Stover | /s/ Karen E. Keller |
| Chad S.C. Stover (No. 4919) | Karen E. Keller (No. 4489) |
| Regina S.E. Murphy (No. 5648) | David M. Fry (No. 5486) |
| BARNES AND THORNBURG LLP | Nathan R. Hoeschen (No. 6232) |
| 1000 N. West Street, Suite 1500 | SHAW KELLER LLP |
| Wilmington, DE 19801 | I.M. Pei Building |
| Telephone: (302) 300-3474 | 1105 North Market Street, 12th Floor |
| Facsimile: (302) 300-3456 | Wilmington, DE 19801 |
| E-mail: chad.stover@btlaw.com | (302) 298-0700 |
| E-mail: gigi.murphy@btlaw.com | kkeller@shawkeller.com |
| | dfry@shawkeller.com |
| OF COUNSEL: | nhoeschen@shawkeller.com |
| | |
| Robert D. MacGill (admitted pro hac vice) | Michael N. Rader |
| Lynn C. Tyler (admitted pro hac vice) | WOLF, GREENFIELD & SACKS, P.C. |
| Joseph T. Wendt (admitted pro hac vice) | 605 Third Avenue, 25th Floor |
| Jessica M. Lindemann (admitted pro hac vice) | New York, NY 10158 |
| Matthew Ciulla (admitted pro hac vice) | (617) 646-8370 |
| BARNES & THORNBURG LLP | |
| 11 South Meridian Street | Chelsea A. Loughran |
| Indianapolis, Indiana 46204 | Emma L. Frank |
| Telephone: (317) 236-1313 | Jason W. Balich |
| Facsimile: (317) 231-7433 | Wolf, Greenfield & Sacks, P.C. |
| E-mail: rmacgill@btlaw.com | 600 Atlantic Avenue |
| E-mail: lynn.tyler@btlaw.com | Boston, MA 02210 |
| E-mail: jwendt@btlaw.com | Email: cloughran@wolfgreenfield.com |
| E-mail: jessica.lindemann@btlaw.com | Email: efrank@wolfgreenfield.com |
| | Email: jbalich@wolfgreenfield.com |
| *Counsel for AgroFresh Inc.* | |
| | Lance Yang |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| | (213) 443-3360 |
| | |
| | *Counsel for Defendant Hazel Technologies, Inc.* |