**RICHARDS LAYTON & FINGER**

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

April 8, 2020

**VIA HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re: *AgroFresh Inc. v. Hazel Technologies, Inc., et al.,* No. 18-1486-MN

Dear Judge Noreika:

We write on behalf of Defendant Decco US Post-Harvest, Inc. ("Decco") regarding Plaintiff AgroFresh's Motion To Dismiss With Prejudice (D.I. 191) filed today. Specifically, Decco wishes to inform the Court that it intends to submit a formal response to AgroFresh's Motion by close of business on Thursday, April 9, 2020.

Counsel is available should Your Honor have any questions.

Respectfully,

*Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)

cc: Counsel of Record (via Email)