IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGROFRESH INC., </br></br>    Plaintiff, </br></br>   v. </br></br> HAZEL TECHNOLOGIES, INC., and </br> DECCO US POST-HARVEST, INC. </br></br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) C.A. No. 18-1486-MN </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**CROSS-USE STIPULATION AND ORDER
BETWEEN HAZEL, DECCO, AND AGROFRESH**

Plaintiff AgroFresh Inc. ("AgroFresh"), Defendant Hazel Technologies, Inc. ("Hazel"), and Defendant Decco U.S. Post-Harvest, Inc. ("Decco"), each by and through counsel, hereby agree as follows:

1.  This Cross-Use Stipulation applies to: (1) any document produced by Defendant Hazel in the above-captioned litigation, denoted by the "HAZEL" Bates prefix (the "Hazel Documents"), and (2) the 30(b)(6) deposition transcript and video of Dr. Aidan Mouat, taken on February 20, 2020 (the "Deposition Transcript").

2.  Hazel authorizes AgroFresh and/or Decco to use the Hazel Documents in other litigation involving both AgroFresh and Decco (including or not including UPL Ltd.), including in any state or federal court (the "Other Litigation"), so long as AgroFresh and/or Decco use those documents subject to the protections of a Protective Order in that other litigation (the "Other Protective Order").

3.  With respect to any individual Hazel Document, the Other Protective Order shall provide equivalent or superior protections to the Protective Order governing the above-captioned

matter, D.I. 184 (the "Instant Protective Order"), considering the branding presently applied to each individual Hazel Document.

4.      Hazel authorizes AgroFresh and Decco to use the Deposition Transcript in the Other Litigation so long as the Other Protective Order provides equivalent or superior protections to the Instant Protective Order for the information in the Deposition Transcript as designated by Hazel on or about April 3, 2020.

5.      Under this Cross-Use Stipulation, "use" includes, but is not limited to, "produce," "display," "docket," "give," and "file."

6.      Hazel expressly invokes the following sentence from the Instant Protective Order in entering into this Cross-Use Stipulation: "For clarity, nothing herein shall affect the right of the Designating Party [here, Hazel] to disclose to . . . any other person, its own information."

7.      To the extent this Cross-Use Stipulation and the Instant Protective Order conflict, this Cross-Use Stipulation controls. This Cross-Use Stipulation replaces that filed as D.I. 190.

STIPULATED AND AGREED:

*Plaintiff AgroFresh Inc.*

*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
Regina S.E. Murphy (No. 5648)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
 (302) 300-3474
chad.stover@btlaw.com
gigi.murphy@btlaw.com

OF COUNSEL:
Robert D. MacGill Lynn C. Tyler Joseph T. Wendt Jessica M. Lindemann
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
 (317) 236-1313

<table>
<tr><td>

*Defendant Hazel Technologies, Inc.*

*/s/ Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com

Michael N. Rader
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue, 25th Floor
New York, NY 10158
(617) 646-8370

Chelsea A. Loughran
Emma L. Frank
Jason W. Balich
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210
(617) 646-8000

Lance Yang
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3360

</td><td>

*Defendant Decco U.S. Post-Harvest, Inc.*

*/s/ Nicole K. Pedi*
Frederick L. Cottrell, III (No. 2555)
Jeffrey L. Moyer (No. 3309)
Nicole K. Pedi (No. 6236)
Tyler E. Cragg (No. 6398)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
Cottrell@rlf.com
moyer@rlf.com
Pedi@rlf.com
cragg@rlf.com

Gerald F. Ivey
John M. Williamson
Anand K. Sharma
Rajeev Gupta
Eric Fues
Karthik Kumar
Daniel F. Roland
FINNEGAN, HENDERSON, FARABOWGARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000

</td></tr>
</table>

Dated:  April 15, 2020

      **SO ORDERED** this _____ day of _____, 2020.

                                                             _____
                                                              The Honorable Maryellen Noreika
                                                              United States District Court Judge