# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGROFRESH INC., | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. 18-1486-MN |
| v. | ) ) |
| HAZEL TECHNOLOGIES, INC., and DECCO US POST-HARVEST, INC., | ) ) ) |
| Defendants. | ) |

## ORDER

Having read and considered AgroFresh Inc. and Hazel Technologies, Inc.'s Motion to Dismiss with Prejudice (the "Motion'), any response to the Motion, and any oral argument,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The above-captioned action is dismissed with prejudice, with each party to the action to bear its own costs, expenses and attorneys' fees related to this action.

IT IS SO ORDERED this 16th day of April 2020.

_____
The Honorable Maryellen Noreika
United States District Judge